**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7212**

DELBERT COPELAND,

        Plaintiff - Appellant,

    v.

E.R. JOHNSON, Nurse LPB; M. WOODRUFF, Nurse RN,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:13-cv-00415-RAJ-TEM)

Submitted: December 22, 2015      Decided: February 8, 2016

Before MOTZ and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Delbert Copeland, Appellant Pro Se. Elizabeth Martin Muldowney, RAWLS, MCNELIS & MITCHELL, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Delbert Copeland appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Copeland v. Johnson, No. 2:13-cv-00415-RAJ-TEM (E.D. Va. July 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED